No. 771, Misc.   CARCERANO *v.* OREGON.   Sup. Ct. Ore. Certiorari denied.

No. 772, Misc.   GREENWELL *v.* ANDERSON, JAIL SUPERINTENDENT.   C. A. D. C. Cir.   Certiorari denied.   Petitioner *pro se.*   *Solicitor General Cox* for respondent.

No. 773, Misc.   LA ROSE *v.* MCCAULEY, DISTRICT ATTORNEY.   Sup. Ct. Wis.   Certiorari denied.

No. 787, Misc.   SILVA *v.* COX, WARDEN.   Sup. Ct. N. M.   Certiorari denied.

No. 789, Misc.   KELLY *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF INDIANA.   C. A. 7th Cir.   Certiorari denied.

No. 793, Misc.   BROWN *v.* CALIFORNIA.   Dist. Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 795, Misc.   GORECKI *v.* BURKE, WARDEN.   Sup. Ct. Wis.   Certiorari denied.

No. 797, Misc.   MCGRANE *v.* WARDEN, CLINTON PRISON.   C. A. 2d Cir.   Certiorari denied.

No. 799, Misc.   PETERSON *v.* LANE, WARDEN.   C. A. 7th Cir.   Certiorari denied.

No. 800, Misc.   BERGER ET AL. *v.* UNITED STATES. C. A. 2d Cir.   Certiorari denied.   *John A. Dillon* for petitioners.   *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.